UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**REGINALD E. THOMAS (#430490)**

**VERSUS**

**C.B. JOHNSON, ET AL.**

CIVIL ACTION

NO. 14-0331-JWD-RLB

## O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued November 5, 2015 to which an objection was filed:

**IT IS ORDERED** that this action is dismissed, without prejudice, for failure of the plaintiff to comply with the Court's Orders to pay an initial partial filing fee.

Signed in Baton Rouge, Louisiana, on December 3, 2015.

_____

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA